UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR, <br><br> Plaintiff, <br><br> v. <br><br> UNITED R & R BUSINESS ENTERPRISES, INC., a California Corporation; MHFR ENERGY, INC., a California Corporation;  and Does 1-10, <br><br> Defendants. | Case No.: 2:19-cv-10549-KES <br><br> **ORDER** |

# **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: May 6, 2020            *Karen E. Scott*
                              HONORABLE KAREN E. SCOTT
                              United States District Judge

Notice of Settlement            -1-            2:19-cv-10549-KES