CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Varand Gourjian, Esq. (SBN 205344)
GOURJIAN LAW GROUP, P.C.
101 N. Brand Blvd., Suite 1220
Glendale, CA 91203
Telephone: (818) 956-0100
Facsimile: (818) 956-0123
Email: varand@gourjianlaw.com
Attorneys for Defendants
United R & R Business Enterprises, Inc. and MHFR Energy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>         Plaintiff,<br>v.<br><br>UNITED R & R BUSINESS ENTERPRISES, INC., a California Corporation; MHFR ENERGY, INC., a California Corporation; and Does 1-10,<br><br>         Defendants. | Case No.: 2:19-cv-10549-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 12, 2020   CENTER FOR DISABILITY ACCESS

           By:   /s/ Amanda Lockhart Seabock
             Amanda Lockhart Seabock
             Attorneys for Plaintiff

Dated: June 12, 2020   GOURJIAN LAW GROUP, P.C.

           By:   /s/ Varand Gourjian
             Varand Gourjian
             Attorneys for Defendants
             United R & R Business Enterprises,
             Inc. and MHFR Energy, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Varand Gourjian, counsel for United R & R Business Enterprises, Inc. and MHFR Energy, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 12, 2020                CENTER FOR DISABILITY ACCESS

                                    By:   /s/ Amanda Lockhart Seabock
                                          Amanda Lockhart Seabock
                                          Attorneys for Plaintiff